In the Matter of the Assignment of ABNER MELLEN; DENNIS O'DONAGHUE, Substituted Assignee, Appellant, HENRY DAILY, JR., Attorney in Person, Respondent.

(Argued April 10, 1893; decided April 25, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 11, 1893, which dismissed an appeal to that court from an order of

Special Term requiring Henry Daily, Jr., as attorney for Gordon McKay, and individually, to deliver books, etc.

*E. B. Hinsdale* for appellant.

*Henry Daily, Jr.*, respondent in person.

Agree to affirm ; no opinion.
All concur.
Order affirmed.